UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

| | |
|---|---|
| KATHERINE LONDRES | Civil Action No. 3:20-cv-830-BB |
| PLAINTIFF | |
| v. | |
| OMNI LOUISVILLE, LLC and LINCOLN BP MANAGEMENT, INC. | |
| DEFENDANTS | |

## STIPULATION OF DISMISSAL

\* \* \* \* \*

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff, Katherine Londres, and Defendants, Omni Louisville, LLC and Lincoln BP Management, Inc., by agreement hereby stipulate and agree to the dismissal with prejudice of all claims asserted by Plaintiffs against Defendant with each party to bear her or their own costs.

HAVE SEEN AND AGREE:

| WYATT, TARRANT & COMBS, LLP | BOEHL STOPHER & GRAVES, LLP |
|---|---|
| */s/ Brian A. Veeneman (with permission)* | */s/ Scott A. Davidson* |
| Brian A. Veeneman | Scott A. Davidson |
| R. Joseph Stennis, Jr. | 400 West Market Street, Suite 2300 |
| Wyatt Tarrant & Combs, LLP | Louisville, KY 40202 |
| 400 West Market Street, Suite 2000 | Phone: (502) 589-5980 |
| Louisville, KY 40202 | Fax: (502) 561-9400 |
| bveeneman@wyattfirm.com | sdavidson@bsg-law.com |
| jstennis@wyattfirm.com | COUNSEL FOR DEFENDANTS |
| P: (502) 589-5235 | |
| COUNSEL FOR PLAINTIFF | |