UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

| | |
|---|---|
| KATHERINE LONDRES | Civil Action No. 3:20-cv-830-BB |
| PLAINTIFF | |
| v. | |
| OMNI LOUISVILLE, LLC<br>and<br>LINCOLN BP MANAGEMENT, INC. | |
| DEFENDANTS | |

## AMENDED STIPULATION OF DISMISSAL

\* \* \* \* \*

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff, Katherine Londres, and Defendants, Omni Louisville, LLC and Lincoln BP Management, Inc., by agreement hereby stipulate and agree to the dismissal with prejudice of all claims asserted by Plaintiffs against Defendants with each party to bear her or their own costs.

HAVE SEEN AND AGREE:

WYATT, TARRANT & COMBS, LLP                BOEHL STOPHER & GRAVES, LLP

*/s/ Brian A. Veeneman (with permission)*        */s/ Scott A. Davidson*
Brian A. Veeneman                                              Scott A. Davidson
R. Joseph Stennis, Jr.                                          400 West Market Street, Suite 2300
Wyatt Tarrant & Combs, LLP                              Louisville, KY 40202
400 West Market Street, Suite 2000                  Phone: (502) 589-5980
Louisville, KY 40202                                            Fax: (502) 561-9400
bveeneman@wyattfirm.com                             sdavidson@bsg-law.com
jstennis@wyattfirm.com                                    COUNSEL FOR DEFENDANTS
P: (502) 589-5235
COUNSEL FOR PLAINTIFF